# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 25-13007

---

ALABAMA STATE CONFERENCE OF THE NAACP,
GREATER BIRMINGHAM MINISTRIES,
EVAN MILLIGAN,

*Plaintiffs-Appellees,*

LAQUISHA CHANDLER, et al.,

*Plaintiffs,*

*versus*

SECRETARY OF STATE FOR THE STATE OF ALABAMA,

*Defendant-Appellant,*

STEVE LIVINGSTON,
  in his official capacity as Co Chair of the Alabama Permanent
  Legislative Committee on Reapportionment et al.,

*Defendants.*

---

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-01531-AMM

---

————————————————

No. 25-14131

————————————————

ALABAMA STATE CONFERENCE OF THE NAACP,
GREATER BIRMINGHAM MINISTRIES,
EVAN MILLIGAN,

*Plaintiffs-Appellees,*

LAQUISHA CHANDLER, et al.,

*Plaintiffs,*

*versus*

SECRETARY OF STATE FOR THE STATE OF ALABAMA,

*Defendant-Appellant,*

STEVE LIVINGSTON,
  in his official capacity as Co Chair of the Alabama Permanent
  Legislative Committee on Reapportionment, et al.,

*Defendants.*

————————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-01531-AMM

————————————————

ORDER:

The motion to consolidate is GRANTED. Appeal nos. 25-13007 and 25-14131 are CONSOLIDATED for briefing and merits disposition purposes.

The motion to stay appeal no. 25-14131 is GRANTED. The consolidated appeals are stayed until a decision is issued in *Louisiana v. Callais*, Nos. 24-109 and 24-110, pending before the U.S. Supreme Court.

The movant is DIRECTED to promptly file a notice when the decision is issued.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE